James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Nadia M. Bishop (State Bar No. 182995)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Email: jmwood@reedsmith.com
cdavies@reedsmith.com
nbishop@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone: 510.763.2000
Facsimile: 510.273.8832

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GRAHAM AND MARIA JAMES,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | No.: C 06 1643 SI<br><br>Before the Honorable Susan Illston<br><br>**[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Conference Date: June 30, 2006<br>Conference Time: 2:00 p.m.<br>Location: Courtroom 10, 19th Fl. |

No.: C 06 1643 SI — 1 — DOCSOAK-9826407.1

[Proposed] Order Continuing Case Management Conference

For the reasons set forth in the Joint Case Management Conference Statement, the Court hereby vacates, or continues the June 30, 2006, Case Management Conference ("CMC") to 10/27/06 , at 2:00 p.m. , by which time this case will likely have been transferred to the Eastern District of New York as part of MDL No. 1596 – In re Zyprexa Liability Litigation. In the event this case is not transferred to the MDL far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the new CMC date.

IT IS SO ORDERED

DATED: _____.

_____
The Honorable Susan Illston

No.: C 06 1643 SI

– 2 –

DOCSOAK-9826407.1

[Proposed] Order Continuing Case Management Conference