# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

May 17, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
Rec'd ☀ 18 06
★ MAY 19 ...

BROOKLYN OFFICE

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule of CTO-49)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 1, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By Mecca S. Carter
Deputy Clerk

Attachment

cc:   Transferee Judge:      Judge Jack B. Weinstein
       Transferor Judges:     (See Attached List of Judges)
       Transferor Clerk:       Richard W. Wieking

JPML Form 36



A CERTIFIED TRUE COPY

MAY 17 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY     2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1596

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-49)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 548 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 17 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Case 3:06-cv-01643-SI   Document 9   Filed 08/25/06   Page 3 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 3 of 13

PAGE 1 of 9

## SCHEDULE CTO-49 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #          CASE CAPTION

CALIFORNIA NORTHERN
CAN 3  05-4829 SC        Amber Brennan v. Eli Lilly & Co.
CAN 3  05-4830 WHA       Marlene Romero v. Eli Lilly & Co.
CAN 3  05-4832 JSW       Anita Hollowell, et al. v. Eli Lilly & Co.
CAN 3  05-4833 CRB       James Saleeby, etc. v. Eli Lilly & Co.
CAN 3  05-4892 MJJ       Carolyn Seward, et al. v. Eli Lilly & Co.
CAN 3  05-4895 WHA       Steven Leeper v. Eli Lilly & Co.
CAN 3  05-4902 WHA       Russell Halterman, et al. v. Eli Lilly & Co.
CAN 3  05-4908 MJJ       Zachary Gilman v. Eli Lilly & Co.
CAN 3  05-5009          Clarence King, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5011          Shannon Harbison, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5013 WHA       Leonard Ward v. Eli Lilly & Co.
CAN 3  05-5029 PJH       Michelle Gerst, et al. v. Eli Lilly & Co.
CAN 3  05-5032 PJH       Rose Marie Marchiny v. Eli Lilly & Co.
CAN 3  05-5033 MJJ       Coreen Hansen v. Eli Lilly & Co.
CAN 3  05-5074 MHP       Willie Evans v. Eli Lilly & Co.
CAN 3  05-5077 WHA       Shannon Miller v. Eli Lilly & Co.
CAN 3  05-5078 SC        Joshua Hudson v. Eli Lilly & Co.
CAN 3  05-5093 PJH       David Strawn v. Eli Lilly & Co.
CAN 3  05-5094 PJH       Jim Ayala v. Eli Lilly & Co.
CAN 3  05-5096 JSW       Michael Keizur v. Eli Lilly & Co.
CAN 3  05-5149          Thomas Partlow v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5150 WHA       Jeffrey Oldewurtel v. Eli Lilly & Co.
CAN 3  05-5152          Michael Horton v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5153 MMC       Christopher Parlato, et al. v. Eli Lilly & Co.
CAN 3  05-5266 SBA       Duane Long v. Eli Lilly & Co.
CAN 3  05-5267 PJH       Fausto Gutierrez-Cruz v. Eli Lilly & Co.
CAN 3  05-5268 MJJ       Harlan Kenyon, et al. v. Eli Lilly & Co.
CAN 3  05-5269 JSW       Mark Conder, et al. v. Eli Lilly & Co.
CAN 3  06-31  JSW        Jeannie Swartz v. Eli Lilly & Co.
CAN 3  06-35            Rose Cook, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-40            Tammie Pinkney v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-41  WHA        Artisha Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-248 EDL        Patricia Glace v. Eli Lilly & Co.
CAN 3  06-252 WHA        Howard Gilbert, et al. v. Eli Lilly & Co.
CAN 3  06-253 JSW        Debbie Holden v. Eli Lilly & Co.
CAN 3  06-894 WHA        Daryl Paul v. Eli Lilly & Co.
CAN 3  06-895 PJH        Eugenne Salmon v. Eli Lilly & Co.
CAN 3  06-896 TEH        Debra Mcclelland v. Eli Lilly & Co.
CAN 3  06-897 SBA        Pamela Blish v. Eli Lilly & Co.
CAN 3  06-898 MMC        Celita Finney v. Eli Lilly & Co.
CAN 3  06-899 SC         Duane Windom v. Eli Lilly & Co.
CAN 3  06-900 WHA        Jerome Dennis v. Eli Lilly & Co.
CAN 3  06-901 MMC        Timothy Lee v. Eli Lilly & Co.
CAN 3  06-903 WHA        Kimberly Fortunato v. Eli Lilly & Co.
CAN 3  06-904 SC         Floretia Harris v. Eli Lilly & Co.
CAN 3  06-905 TEH        Della Collins v. Eli Lilly & Co.
CAN 3  06-952 SC         Constance Heg v. Eli Lilly & Co.
CAN 3  06-955 SBA        Ollie Dotson, et al. v. Eli Lilly & Co.
CAN 3  06-956 PJH        Anthony Hardenbrock v. Eli Lilly & Co.
CAN 3  06-957 MJJ        Linda Wright v. Eli Lilly & Co.
CAN 3  06-958 WHA        Ronald Rarric v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                     PAGE 2 of 9

CAN 3  06-959 ST         Philip G. Roulo, et al. v. Eli Lilly & Co.
CAN 3  06-960 JSW        Richard Anderson v. Eli Lilly & Co.
CAN 3  06-961 WHA        Paul E. Boring, et al. v. Eli Lilly & Co.
CAN 3  06-962 MJJ        Silas Bennett, et al. v. Eli Lilly & Co.
CAN 3  06-965 MJJ        Rhona Smith, et al. v. Eli Lilly & Co.
CAN 3  06-966 MMC        Sherry Stone, et al. v. Eli Lilly & Co.
CAN 3  06-967 MJJ        Timmons Hill v. Eli Lilly & Co.
CAN 3  06-968 SC         Violet Adamovich, et al. v. Eli Lilly & Co.
CAN 3  06-969 WHA        Laurie Woloszyn v. Eli Lilly & Co.
CAN 3  06-970 PJH        Tania Rupert, et al. v. Eli Lilly & Co.
CAN 3  06-972 PJH        Vickie Abasta v. Eli Lilly & Co.
CAN 3  06-976 TEH        Anthony Jackson v. Eli Lilly & Co.
CAN 3  06-979 SC         Estella Mullings v. Eli Lilly & Co.
CAN 3  06-981 MMC        Cheryl Hill v. Eli Lilly & Co.
CAN 3  06-983 SC         Aaron Roberts v. Eli Lilly & Co.
CAN 3  06-984 MHP        Mary Willhoite v. Eli Lilly & Co.
CAN 3  06-987 PJH        Tuesday Golden, et al. v. Eli Lilly & Co.
CAN 3  06-989 MMC        Vag Mayi v. Eli Lilly & Co.
CAN 3  06-990 MJJ        Constance Fuller v. Eli Lilly & Co.
CAN 3  06-991 MJJ        Louise Rodriguez v. Eli Lilly & Co.
CAN 3  06-994 MHP        Jason Evans v. Eli Lilly & Co.
CAN 3  06-995 TEH        Aaron Kirkland v. Eli Lilly & Co.
CAN 3  06-996 PJH        Laura Dalena v. Eli Lilly & Co.
CAN 3  06-997 MMC        Roger Mount, et al. v. Eli Lilly & Co.
CAN 3  06-998 SC         Teresa Brando v. Eli Lilly & Co.
CAN 3  06-999 SI         Linda Hilton v. Eli Lilly & Co.
CAN 3  06-1001 MHP       Adam Santucci v. Eli Lilly & Co.
CAN 3  06-1003 MJJ       Assefa Enkuneh v. Eli Lilly & Co.
CAN 3  06-1004 MMC       Linda Tafoya-Bassett, et al. v. Eli Lilly & Co.
CAN 3  06-1005 MMC       Cheryl D. Adams v. Eli Lilly & Co.
CAN 3  06-1006 SC        Kathleen Koche v. Eli Lilly & Co.
CAN 3  06-1007 MMC       Juan Saffold v. Eli Lilly & Co.
CAN 3  06-1008 JSW       Gloria Scott v. Eli Lilly & Co.
CAN 3  06-1009 JSW       Mary Smith v. Eli Lilly & Co.
CAN 3  06-1010 PJH       Craig Lucas v. Eli Lilly & Co.
CAN 3  06-1011 MMC       Charmine Laney v. Eli Lilly & Co.
CAN 3  06-1013 SC        Karen Jones v. Eli Lilly & Co.
CAN 3  06-1023 JSW       Pat Colvin, et al. v. Eli Lilly & Co.
CAN 3  06-1024 WHA       Charles H. Butler, et al. v. Eli Lilly & Co.
CAN 3  06-1025 TEH       Bart Russell v. Eli Lilly & Co.
CAN 3  06-1026 MMC       Deborah Hargraves v. Eli Lilly & Co.
CAN 3  06-1027 MMC       Robin Mcgowan v. Eli Lilly & Co.
CAN 3  06-1028 PJH       Josie Miller v. Eli Lilly & Co.
CAN 3  06-1029 MJJ       Ralph Cole v. Eli Lilly & Co.
CAN 3  06-1031 WHA       Theodore Comer, et al. v. Eli Lilly & Co.
CAN 3  06-1033 WHA       Craig Green v. Eli Lilly & Co.
CAN 3  06-1034 JSW       Judith Kokesh, et al. v. Eli Lilly & Co.
CAN 3  06-1035 SC        Hollis Greenspan v. Eli Lilly & Co.
CAN 3  06-1036 MMC       Mildred Robek, et al. v. Eli Lilly & Co.
CAN 3  06-1037 JL        Linda Rockman v. Eli Lilly & Co.
CAN 3  06-1039 MJJ       John Molinaro, et al. v. Eli Lilly & Co.
CAN 3  06-1040 WHA       John Wardlow v. Eli Lilly & Co.
CAN 3  06-1041 MJJ       Henry Wolfe, et al. v. Eli Lilly & Co.
CAN 3  06-1042 MJJ       Karlina Ann Temple, et al. v. Eli Lilly & Co.
CAN 3  06-1043 WHA       Scott Murphy v. Eli Lilly & Co.
CAN 3  06-1044 PJH       Sabenna D. Burgess v. Eli Lilly & Co.
CAN 3  06-1045 SC        John Sgarlata, et al. v. Eli Lilly & Co.
~~CAN 3  06-1046~~        ~~Timothy Savage v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  06-1049~~        ~~Benjamin Wolf v. Eli Lilly & Co.~~ Vacated 5/4/06

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)     PAGE 3 of 9

CAN 3  06-1050  Howard Grove, et al. v. Eli Lilly & Co.
CAN 3  06-1051  Anna Andrake, et al. v. Eli Lilly & Co.
CAN 3  06-1052  Connie L. Zimmerman, et al. v. Eli Lilly & Co.
CAN 3  06-1053  Patricia D. Sowa, et al. v. Eli Lilly & Co.
CAN 3  06-1054  Priscilla Shrader v. Eli Lilly & Co.
CAN 3  06-1056  Janet Janssen v. Eli Lilly & Co.
CAN 3  06-1057  Mary Kathryn Isom, et al. v. Eli Lilly & Co.
CAN 3  06-1058  Dean Brenner, et al. v. Eli Lilly & Co.
CAN 3  06-1060  Cathy Strickland, et al. v. Eli Lilly & Co.
CAN 3  06-1061  Joseph Teleky, et al. v. Eli Lilly & Co.
CAN 3  06-1062  Brenda Hunter v. Eli Lilly & Co.
CAN 3  06-1063  Steven Tomaselli v. Eli Lilly & Co.
CAN 3  06-1064  Theresa Trotman v. Eli Lilly & Co.
CAN 3  06-1076  Michael D. Raynor, et al. v. Eli Lilly & Co.
CAN 3  06-1077  Rommell Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1078  Noemi Hernandez v. Eli Lilly & Co.
CAN 3  06-1079  Wandy Deasy v. Eli Lilly & Co.
CAN 3  06-1080  Joe Flores v. Eli Lilly & Co.
~~CAN 3  06-1081~~            ~~Dante Barfield v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1082  Felipe Flores v. Eli Lilly & Co.
CAN 3  06-1083  Jamal G. Treadwell v. Eli Lilly & Co.
CAN 3  06-1084  Ward Marks v. Eli Lilly & Co.
CAN 3  06-1085  Carroll Vanover v. Eli Lilly & Co.
CAN 3  06-1086  Sandy Laverich v. Eli Lilly & Co.
CAN 3  06-1088  Alberta Johnson v. Eli Lilly & Co.
CAN 3  06-1090  Greg Bauder v. Eli Lilly & Co.
CAN 3  06-1091  Linda Soule v. Eli Lilly & Co.
CAN 3  06-1093  Pampatha Mitchell, et al. v. Eli Lilly & Co.
CAN 3  06-1096  Keith Bacon v. Eli Lilly & Co.
CAN 3  06-1099  James Fraser v. Eli Lilly & Co.
CAN 3  06-1100  Lois Osenga v. Eli Lilly & Co.
CAN 3  06-1103  Brandon Holmes v. Eli Lilly & Co.
CAN 3  06-1106  Gary Gauthier v. Eli Lilly & Co.
CAN 3  06-1108  Leilani Jones v. Eli Lilly & Co.
CAN 3  06-1110  Theresa Hill v. Eli Lilly & Co.
CAN 3  06-1111  Marguerite Joiner v. Eli Lilly & Co.
CAN 3  06-1112  Glenna Rohr v. Eli Lilly & Co.
CAN 3  06-1113  Diana Platts v. Eli Lilly & Co.
CAN 3  06-1116  Toni Iness v. Eli Lilly & Co.
CAN 3  06-1117  Carlos Garcia v. Eli Lilly & Co.
CAN 3  06-1118  Jason Skaggs v. Eli Lilly & Co.
CAN 3  06-1119  Kimberly Johnson, et al. v. Eli Lilly & Co.
CAN 3  06-1122  James Thomas v. Eli Lilly & Co.
CAN 3  06-1123  Bruce Robinson, et al. v. Eli Lilly & Co.
CAN 3  06-1124  Jeffrey Hamlet v. Eli Lilly & Co.
CAN 3  06-1125  Timothy Miller v. Eli Lilly & Co.
CAN 3  06-1126  James Arns v. Eli Lilly & Co.
CAN 3  06-1127  Severa Cruz v. Eli Lilly & Co.
CAN 3  06-1128  Brian Rickard v. Eli Lilly & Co.
CAN 3  06-1129  Peter Klein, et al. v. Eli Lilly & Co.
CAN 3  06-1131  James J. Duchnowski, et al. v. Eli Lilly & Co.
CAN 3  06-1132  Jamel Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-1133  Alvie M. Laver v. Eli Lilly & Co.
CAN 3  06-1134  Shirley Eddy v. Eli Lilly & Co.
CAN 3  06-1135  Robin Cameron, et al. v. Eli Lilly & Co.
CAN 3  06-1155  Lisa Robinson, et al. v. Eli Lilly & Co.
CAN 3  06-1156  Dale Hoblit, et al. v. Eli Lilly & Co.
CAN 3  06-1158  William C. Briggs, et al. v. Eli Lilly & Co.
CAN 3  06-1159  Norine Ciaio v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 4 of 9

CAN 3  06-1160  Yash Kapur v. Eli Lilly & Co.
CAN 3  06-1161  Doreen Bell v. Eli Lilly & Co.
CAN 3  06-1162  William O'brien v. Eli Lilly & Co.
CAN 3  06-1163  Kimberly Hopkins v. Eli Lilly & Co.
CAN 3  06-1164  Florence Karolyi v. Eli Lilly & Co.
CAN 3  06-1168  Kathlene Cheriki v. Eli Lilly & Co.
CAN 3  06-1170  Susan Kline v. Eli Lilly & Co.
CAN 3  06-1171  Dennis Muschitz v. Eli Lilly & Co.
CAN 3  06-1172  Patricia Banks v. Eli Lilly & Co.
CAN 3  06-1174  David Chismar, et al. v. Eli Lilly & Co.
CAN 3  06-1175  Virginia Craig v. Eli Lilly & Co.
~~CAN 3  06-1178          Sandra Nyberg, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1179  Lehman Brownell v. Eli Lilly & Co.
CAN 3  06-1180  Yolanda Araujo v. Eli Lilly & Co.
CAN 3  06-1182  Karen Halechko v. Eli Lilly & Co.
CAN 3  06-1184  Gerald Garfield, et al. v. Eli Lilly & Co.
CAN 3  06-1185  Tyna Bass v. Eli Lilly & Co.
CAN 3  06-1186  Antonio Daniel v. Eli Lilly & Co.
CAN 3  06-1187  Pat Miller, et al. v. Eli Lilly & Co.
CAN 3  06-1188  Alberta Oliviri v. Eli Lilly & Co.
CAN 3  06-1190  Juawawno Boone v. Eli Lilly & Co.
CAN 3  06-1194  Anne Johnson v. Eli Lilly & Co.
CAN 3  06-1195  Paul Matthews v. Eli Lilly & Co.
CAN 3  06-1198  Ann Marie Gianetto v. Eli Lilly & Co.
CAN 3  06-1199  Kathy Martin v. Eli Lilly & Co.
~~CAN 3  06-1200          Gould Meclarny v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1201  Waymon Donat v. Eli Lilly & Co.
CAN 3  06-1202  Richard Jenkins, et al. v. Eli Lilly & Co.
CAN 3  06-1204  Frank Giacomazzo v. Eli Lilly & Co.
CAN 3  06-1206  Letha Russell v. Eli Lilly & Co.
CAN 3  06-1207  Patricia Glenn, et al. v. Eli Lilly & Co.
CAN 3  06-1209  Judith A. Gunnette, et al. v. Eli Lilly & Co.
CAN 3  06-1230  John Bowermaster v. Eli Lilly & Co.
CAN 3  06-1231  Patrick Callaway v. Eli Lilly & Co.
CAN 3  06-1232  Mary Lee v. Eli Lilly & Co.
CAN 3  06-1233  Barbara Pupo v. Eli Lilly & Co.
CAN 3  06-1235  Iris Wohlt, et al. v. Eli Lilly & Co.
CAN 3  06-1236  Darrel Vail v. Eli Lilly & Co.
CAN 3  06-1237  Charles Coffman v. Eli Lilly & Co.
CAN 3  06-1239  Lauree Ward v. Eli Lilly & Co.
CAN 3  06-1240  Patricia Pirotta v. Eli Lilly & Co.
CAN 3  06-1241  Larry Pancher v. Eli Lilly & Co.
CAN 3  06-1242  Jo Marie Santi v. Eli Lilly & Co.
CAN 3  06-1244  Gail F. Cowher v. Eli Lilly & Co.
CAN 3  06-1245  Cox v. Eli Lilly & Co.
CAN 3  06-1246  Kenneth Crawford v. Eli Lilly & Co.
CAN 3  06-1263  William J. Crawford v. Eli Lilly & Co.
CAN 3  06-1267  Kimberly Santagata, et al. v. Eli Lilly & Co.
CAN 3  06-1269  Harrison Sarver, et al. v. Eli Lilly & Co.
CAN 3  06-1270  Rivers v. Eli Lilly & Co.
CAN 3  06-1273  Marianne Capelle, et al. v. Eli Lilly & Co.
CAN 3  06-1274  Kathleen Mark, et al. v. Eli Lilly & Co.
CAN 3  06-1281  Scott M. Tucker v. Eli Lilly & Co.
CAN 3  06-1282  Nancy L. French v. Eli Lilly & Co.
CAN 3  06-1293  Michael J. Watkins v. Eli Lilly & Co.
CAN 3  06-1294  Gerald L. Fletcher v. Eli Lilly & Co.
CAN 3  06-1297  Pamela A. Pence, et al. v. Eli Lilly & Co.
CAN 3  06-1299  Ashraf M. Hashmi v. Eli Lilly & Co.
~~CAN 3  06-1308          Manford Hanson v. Eli Lilly & Co.~~ Vacated 5/4/06

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 5 of 9

CAN 3  06-1310          Wesley Kirby v. Eli Lilly & Co.
CAN 3  06-1312          Beth Smith, et al. v. Eli Lilly & Co.
~~CAN 3  06-1313          Leilani Jones v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1320          Josie L. Murray v. Eli Lilly & Co.
CAN 3  06-1327          Beatrice L. Elserougi v. Eli Lilly & Co.
CAN 3  06-1328          Valerie J. Mirabile v. Eli Lilly & Co.
CAN 3  06-1330          Larry Reyes v. Eli Lilly & Co.
CAN 3  06-1333          Kathleen A. Hawk v. Eli Lilly & Co.
CAN 3  06-1334          Robert Koch v. Eli Lilly & Co.
CAN 3  06-1339          Ernestine Bowyer v. Eli Lilly & Co.
CAN 3  06-1340          Airetta P.J. Becica v. Eli Lilly & Co.
CAN 3  06-1343          Marie D. Price v. Eli Lilly & Co.
CAN 3  06-1344          Lawrence Segers, Jr. v. Eli Lilly & Co.
CAN 3  06-1354          Rick Alldrin, et al. v. Eli Lilly & Co.
CAN 3  06-1356          Lionel Arms, et al. v. Eli Lilly & Co.
CAN 3  06-1373          Judith A. Stanley v. Eli Lilly & Co.
CAN 3  06-1374          Donna M. Strasburger v. Eli Lilly & Co.
~~CAN 3  06-1376          Richard Keith, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1379          Deborah A. Couch v. Eli Lilly & Co.
CAN 3  06-1382          Donald R. Dimartino v. Eli Lilly & Co.
~~CAN 3  06-1387          Wesley Kirby v. Eli Lilly & Co.~~ Vacated 5/17/06
CAN 3  06-1388          Shirley M. Cogley-Baker, et al. v. Eli Lilly & Co.
CAN 3  06-1389          Brandy S. Morgan v. Eli Lilly & Co.
CAN 3  06-1392          Donna L. Wojnovich v. Eli Lilly & Co.
CAN 3  06-1393          Caren L. Wilson v. Eli Lilly & Co.
CAN 3  06-1396          Charlene West v. Eli Lilly & Co.
CAN 3  06-1397          Mary Senf v. Eli Lilly & Co.
CAN 3  06-1398          Nancy L. Axe v. Eli Lilly & Co.
CAN 3  06-1400          Judy M. Fisher v. Eli Lilly & Co.
CAN 3  06-1401          Azie Gould Mcclardy v. Eli Lilly & Co.
CAN 3  06-1404          Robert Young v. Eli Lilly & Co.
CAN 3  06-1405          Peter Williams v. Eli Lilly & Co.
CAN 3  06-1406          Marlene Rogala v. Eli Lilly & Co.
CAN 3  06-1432          Shantell Wade-Herbert, et al. v. Eli Lilly & Co.
CAN 3  06-1433          Evelina Zollicoffer, et al. v. Eli Lilly & Co.
CAN 3  06-1435          David R. Werner v. Eli Lilly & Co.
CAN 3  06-1437          Earnest L. Davis v. Eli Lilly & Co.
CAN 3  06-1439          Joann Philbin, et al. v. Eli Lilly & Co.
CAN 3  06-1442          Barrett v. Eli Lilly & Co.
CAN 3  06-1443          Carol A. Bartlett v. Eli Lilly & Co.
CAN 3  06-1457          Howard Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1458          Bernadine A. Bienias v. Eli Lilly & Co.
CAN 3  06-1460          Richard A. Hernandez v. Eli Lilly & Co.
CAN 3  06-1462          Sandra M. Johnson v. Eli Lilly & Co.
CAN 3  06-1465          Heber Olsen, et al. v. Eli Lilly & Co.
CAN 3  06-1466          James Cutter v. Eli Lilly & Co.
CAN 3  06-1467          Adnan Tuncel v. Eli Lilly & Co.
CAN 3  06-1468          Shirley A. Jones v. Eli Lilly & Co.
CAN 3  06-1469          Zackarius E. Kleinsasser v. Eli Lilly & Co.
CAN 3  06-1472          Damon L. Dowdell v. Eli Lilly & Co.
CAN 3  06-1473          Jennifer L. Kebler v. Eli Lilly & Co.
CAN 3  06-1476          Linda K. Hartle v. Eli Lilly & Co.
CAN 3  06-1477          Oradean Foster v. Eli Lilly & Co.
CAN 3  06-1479          Maurice Looney v. Eli Lilly & Co.
CAN 3  06-1480          Andrew J.w. Walker v. Eli Lilly & Co.
CAN 3  06-1481          Gregory Knight v. Eli Lilly & Co.
CAN 3  06-1482          Harriet F. Haughiout v. Eli Lilly & Co.
CAN 3  06-1484          Mary E. Hunter v. Eli Lilly & Co.
CAN 3  06-1486          Marvette L. Keys v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 6 of 9

CAN 3  06-1487  Dino S. Catlin v. Eli Lilly & Co.
CAN 3  06-1489  William S. Sutterer v. Eli Lilly & Co.
CAN 3  06-1490  Sarah M. Tanner, et al. v. Eli Lilly & Co.
CAN 3  06-1491  Robert Zimmerman v. Eli Lilly & Co.
CAN 3  06-1493  David Martinez v. Eli Lilly & Co.
CAN 3  06-1494  Sandy Fry v. Eli Lilly & Co.
CAN 3  06-1495  Larry M. Call v. Eli Lilly & Co.
CAN 3  06-1497  Stephen La Joie, et al. v. Eli Lilly & Co.
CAN 3  06-1525  Angela Overeynder, et al. v. Eli Lilly & Co.
CAN 3  06-1527  Richard Frentz v. Eli Lilly & Co.
CAN 3  06-1530  Joel Feser v. Eli Lilly & Co.
~~CAN 3  06-1532~~  ~~Gerald Garfield, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1533  Eric Padgett v. Eli Lilly & Co.
~~CAN 3  06-1534~~  ~~Alberta Johnson v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1537  Karen Broughton v. Eli Lilly & Co.
CAN 3  06-1538  Kathleen Deitchler, et al. v. Eli Lilly & Co.
CAN 3  06-1540  Marla Barton v. Eli Lilly & Co.
CAN 3  06-1542  Jacob Reed, et al. v. Eli Lilly & Co.
CAN 3  06-1543  William Maloney v. Eli Lilly & Co.
CAN 3  06-1544  Connie E. Mcclintock v. Eli Lilly & Co.
CAN 3  06-1547  Barbara Lanini v. Eli Lilly & Co.
CAN 3  06-1548  Sari Gehrke, et al. v. Eli Lilly & Co.
CAN 3  06-1549  Tyrone Jeter v. Eli Lilly & Co.
CAN 3  06-1550  Duane A. Tillman v. Eli Lilly & Co.
CAN 3  06-1552  Deborah Winfrey v. Eli Lilly & Co.
CAN 3  06-1553  Blondean Sims v. Eli Lilly & Co.
CAN 3  06-1554  Edward Jones v. Eli Lilly & Co.
CAN 3  06-1556  Allegra M. Weaver v. Eli Lilly & Co.
CAN 3  06-1559  Jane R. Evans v. Eli Lilly & Co.
CAN 3  06-1562  David Bell v. Eli Lilly & Co.
CAN 3  06-1563  Dorothy Sheppard v. Eli Lilly & Co.
CAN 3  06-1565  Lucy Martinez, et al. v. Eli Lilly & Co.
CAN 3  06-1566  Troy R. Geddis v. Eli Lilly & Co.
CAN 3  06-1567  Georgette M. Mcbride v. Eli Lilly & Co.
CAN 3  06-1605  Mary Deschenes, et al. v. Eli Lilly & Co.
CAN 3  06-1606  Laurice Kory, et al. v. Eli Lilly & Co.
CAN 3  06-1611  Michelle Medlin v. Eli Lilly & Co.
CAN 3  06-1613  Erin Linn Goodpasture v. Eli Lilly & Co.
CAN 3  06-1614  Donna Cuadrez, et al. v. Eli Lilly & Co.
CAN 3  06-1615  Gary Osborne v. Eli Lilly & Co.
CAN 3  06-1618  Rhonda Abtahi v. Eli Lilly & Co.
CAN 3  06-1620  Gerald Boehmer, et al. v. Eli Lilly & Co.
CAN 3  06-1622  Jacqueline Lipka v. Eli Lilly & Co.
CAN 3  06-1623  Jim Aldine, et al. v. Eli Lilly & Co.
CAN 3  06-1624  Donna Taylor v. Eli Lilly & Co.
CAN 3  06-1625  Nicholas Gonzales v. Eli Lilly & Co.
~~CAN 3  06-1626~~  ~~Ann Dutton v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1627  Eddie Ray Harris v. Eli Lilly & Co.
CAN 3  06-1628  Carl M. Eisaman v. Eli Lilly & Co.
CAN 3  06-1643  James Graham, et al. v. Eli Lilly & Co.
CAN 3  06-1644  Wayne Dixon, et al. v. Eli Lilly & Co.
CAN 3  06-1692  Deborah A. King v. Eli Lilly & Co.
CAN 3  06-1693  Antoinette C. Smith v. Eli Lilly & Co.
CAN 3  06-1697  Eleanor E. Pugliese v. Eli Lilly & Co.
CAN 3  06-1699  James D. Fusner v. Eli Lilly & Co.
CAN 3  06-1701  Richard B. Slater, Jr. v. Eli Lilly & Co.
CAN 3  06-1702  Marcella L. Lowry v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)          PAGE 7 of 9

| | | | |
|---|---|---|---|
| CAN 3 | 06-1705 | SC | Donald D. Hetrick v. Eli Lilly & Co. |
| CAN 3 | 06-1706 | JSW | Carol S. Buvoltz v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1708~~ | | ~~Gerald L. Fletcher v. Eli Lilly & Co.~~ Vacated 5/17/06 |
| CAN 3 | 06-1709 | SI | Ronald J. Elardo, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1712 | WHA | Beverly Sikora, et al. v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1757~~ | | ~~Linda L. Nevci v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1758 | SC | Gina Mcdonald v. Eli Lilly & Co. |
| CAN 3 | 06-1761 | MHT | Tracy K. Mueller v. Eli Lilly & Co. |
| CAN 3 | 06-1770 | SI | Madeline Elsener v. Eli Lilly & Co. |
| CAN 3 | 06-1787 | MJJ | Joe Stevenson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1788 | MJJ | Helene M. Lotka v. Eli Lilly & Co. |
| CAN 3 | 06-1819 | SC | Don Wilson v. Eli Lilly & Co. |
| CAN 3 | 06-1825 | WHA | Darren A. Wimley v. Eli Lilly & Co. |
| CAN 3 | 06-1847 | PJH | Shireen L. Thomas, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1852 | MJJ | Curtis C. Tomkins v. Eli Lilly & Co. |
| CAN 3 | 06-1856 | PJH | Irish G. Whaley v. Eli Lilly & Co. |
| CAN 3 | 06-1859 | MJJ | Conrad F. Sammet, Jr. v. Eli Lilly & Co. |
| CAN 3 | 06-1860 | SI | Brandy L. Rooks, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1931 | JSW | Jorenda Bolden v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-2038~~ | | ~~Helene M. Lotka v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3~~ | ~~06-2188~~ | | ~~Timothy Johnson, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 | 06-2283 | WHA | Johnnena Washington v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-2385~~ | | ~~Russel Woodrow, et al. v. Eli Lilly & Co.~~ Opposed 5/17/06 |
| ~~CAN 3~~ | ~~06-2386~~ | | ~~John Grant, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 | 06-2398 | MHT | Duane Inks v. Eli Lilly & Co. |
| CAN 3 | 06-2399 | MJJ | Eunice Asher v. Eli Lilly & Co. |
| CAN 3 | 06-2420 | JSW | Eiraje Hajebi, et al. v. Eli Lilly & Co., et al. |
| CAN 3 | 06-2421 | JSW | David Engstrom, et al. v. Eli Lilly & Co., et al. |
| ~~CAN 3~~ | ~~06-2489~~ | | ~~Andra Alexander, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 | 06-2609 | MJJ | Eric John Hornisher, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-4831 | | Don Pledger, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-4894 | | Tonya Alexander v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~05-5097~~ | | ~~Cynthia Akins, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 4~~ | ~~05-5098~~ | | ~~Shannon La' Rocque v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 05-5099 | | Timothy O'neill v. Eli Lilly & Co. |
| CAN 4 | 05-5148 | | Mark Sewell v. Eli Lilly & Co. |
| CAN 4 | 05-5151 | | Tammy Kelly, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-5291 | | Alberta Smiley-Harris v. Eli Lilly & Co. |
| CAN 4 | 05-5292 | | Denine Cook v. Eli Lilly & Co. |
| CAN 4 | 06-8 | | Jerry Lee Ginn, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-39 | | Viola Ward v. Eli Lilly & Co. |
| CAN 4 | 06-250 | | David Sensenig v. Eli Lilly & Co. |
| CAN 4 | 06-893 | | George Carmack v. Eli Lilly & Co. |
| CAN 4 | 06-906 | | Franklin Fraley v. Eli Lilly & Co. |
| CAN 4 | 06-954 | | Patsy Shows v. Eli Lilly & Co. |
| CAN 4 | 06-973 | | Sidney Carson, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-974 | | Patricia Grillot v. Eli Lilly & Co. |
| CAN 4 | 06-977 | | Daniel Lemke v. Eli Lilly & Co. |
| CAN 4 | 06-980 | | Natalie Summers v. Eli Lilly & Co. |
| CAN 4 | 06-985 | | Ruth Porter, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-988 | | Ronald Kemp v. Eli Lilly & Co. |
| CAN 4 | 06-993 | | Steven Dektor v. Eli Lilly & Co. |
| CAN 4 | 06-1022 | | Martha Meyer, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1030 | | John Luthy v. Eli Lilly & Co. |
| CAN 4 | 06-1032 | | James P. Ledney, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1038 | | Hazel Blumenschein v. Eli Lilly & Co. |
| CAN 4 | 06-1048 | | Dante Barfield v. Eli Lilly & Co. |
| CAN 4 | 06-1055 | | Faye Montgomery v. Eli Lilly & Co. |
| CAN 4 | 06-1059 | | Dennis Taylor, et al. v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 8 of 9

CAN 4  06-1087        Maria Jordan v. Eli Lilly & Co.
CAN 4  06-1089        Maria Mercado v. Eli Lilly & Co.
CAN 4  06-1097        John Popielarcheck, et al. v. Eli Lilly & Co.
CAN 4  06-1102        Michelle Auger v. Eli Lilly & Co.
CAN 4  06-1107        Manford Hanson v. Eli Lilly & Co.
CAN 4  06-1115        Shultz, et al. v. Eli Lilly & Co.
CAN 4  06-1121        Mandy Brown v. Eli Lilly & Co.
CAN 4  06-1130        Heather Duff v. Eli Lilly & Co.
CAN 4  06-1157        Sharon Lavas v. Eli Lilly & Co.
CAN 4  06-1165        Gregory Kelker v. Eli Lilly & Co.
CAN 4  06-1167        Linda Martorana v. Eli Lilly & Co.
CAN 4  06-1169        Mamie Hurt v. Eli Lilly & Co.
CAN 4  06-1173        Fern Malayeco v. Eli Lilly & Co.
CAN 4  06-1176        Fred Botos, et al. v. Eli Lilly & Co.
CAN 4  06-1181        William Cossick v. Eli Lilly & Co.
CAN 4  06-1183        James Bacon v. Eli Lilly & Co.
CAN 4  06-1189        Jesse Frausto, et al. v. Eli Lilly & Co.
CAN 4  06-1192        John Ondo v. Eli Lilly & Co.
CAN 4  06-1196        Robert Hawkins v. Eli Lilly & Co.
CAN 4  06-1197        Maxine Burkley v. Eli Lilly & Co.
CAN 4  06-1203        Andrea Mendoza v. Eli Lilly & Co.
CAN 4  06-1205        Deb Osburn, et al. v. Eli Lilly & Co.
~~CAN 4  06-1234        John Luthy v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 4  06-1238        Ernest Chaves v. Eli Lilly & Co.
CAN 4  06-1243        Robert Campbell v. Eli Lilly & Co.
CAN 4  06-1271        Rosa A. Hoffman, et al. v. Eli Lilly & Co.
CAN 4  06-1272        Bonnie Hall, et al. v. Eli Lilly & Co.
CAN 4  06-1298        Kenneth F. Gibson v. Eli Lilly & Co.
~~CAN 4  06-1309        Maria Mercado v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 4  06-1324        Milan J. Veres, et al. v. Eli Lilly & Co.
CAN 4  06-1325        Mensenia E. Deloach v. Eli Lilly & Co.
CAN 4  06-1338        Linda R. Linn v. Eli Lilly & Co.
CAN 4  06-1360        Gwen Davis, et al. v. Eli Lilly & Co.
CAN 4  06-1372        Beth M. Seigenfuse v. Eli Lilly & Co.
CAN 4  06-1375        Tracy E. Reed v. Eli Lilly & Co.
CAN 4  06-1378        Charles Weldon, et al. v. Eli Lilly & Co.
CAN 4  06-1381        Tyrone Johnson v. Eli Lilly & Co.
CAN 4  06-1386        Gurley E. Glenn v. Eli Lilly & Co.
CAN 4  06-1391        Florence B. Perry v. Eli Lilly & Co.
CAN 4  06-1450        Sandra J. Forbes v. Eli Lilly & Co.
CAN 4  06-1451        Rafael A. Beltran v. Eli Lilly & Co.
CAN 4  06-1452        Ida L. Hollis v. Eli Lilly & Co.
CAN 4  06-1455        Mary G. Chenger, et al. v. Eli Lilly & Co.
CAN 4  06-1456        Patricia Murnin, et al. v. Eli Lilly & Co.
CAN 4  06-1459        Mary E. Jones v. Eli Lilly & Co.
CAN 4  06-1461        David R. Carroll v. Eli Lilly & Co.
CAN 4  06-1471        Frank J. Young v. Eli Lilly & Co.
CAN 4  06-1478        Joann C. Moffitt v. Eli Lilly & Co.
CAN 4  06-1496        Dranoel E. Browne v. Eli Lilly & Co.
CAN 4  06-1498        Karla Tomastik v. Eli Lilly & Co.
CAN 4  06-1501        Tracy L. Ayers v. Eli Lilly & Co.
CAN 4  06-1536        Noreen Corduck, et al. v. Eli Lilly & Co.
CAN 4  06-1539        Edward Truitt v. Eli Lilly & Co.
CAN 4  06-1546        Eugene R. Davis v. Eli Lilly & Co.
CAN 4  06-1560        Borys Bohonik v. Eli Lilly & Co.
CAN 4  06-1561        Heather M. Cherry-Wodja, et al. v. Eli Lilly & Co.
CAN 4  06-1569        Marcus L. Guy v. Eli Lilly & Co.
CAN 4  06-1607        Barbara Murray, et al. v. Eli Lilly & Co.
CAN 4  06-1694        Toritha D. Ewell v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                   PAGE 9 of 9

| | | |
|---|---|---|
| CAN 4 06-1696 | David Barton Thomas v. Eli Lilly & Co. | |
| CAN 4 06-1704 | Tracy L. Jones Hayman v. Eli Lilly & Co. | |
| CAN 4 06-1707 | Kathlyn M. Wilkerson-Smith v. Eli Lilly & Co. | |
| ~~CAN 4 06-1765~~ | ~~Nellie G. Sarver v. Eli Lilly & Co.~~ Vacated 5/4/06 | |
| CAN 4 06-1827 | Norma L. Terry v. Eli Lilly & Co. | |
| CAN 4 06-1844 | Jason Tsangaris v. Eli Lilly & Co. | |
| ~~CAN 4 06-2384~~ | ~~Saundra Burns, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 | |

## INVOLVED COUNSEL LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Phillip K. Cohen
Murphy, Rosen & Cohen
100 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401-1142

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Joshua C. Ezrin
Alexander, Hawes & Audet, LLP
300 Montgomery Street
Suite 400
San Francisco, CA 94104

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Jeffrey A. Kaiser
Levin, Simes & Kaiser, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

E. G. Stanley
728 Texas Street
Fairfield, CA 94533

Jeffrey M. Tillotson
Lynn, Tillotston & Pinker, LLP
750 N. St. Paul Street
Suite 1400
Dallas, TX 75201

James M. Wood
Reed Smith, LLP
1999 Harrison Street, 22nd Floor
Oakland, CA 94612

# INVOLVED JUDGES LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Hon. Wayne D. Brazil
United States District Court
Ronald V. Dellums Federal Building
3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Phyllis J. Hamilton '
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5212

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102